IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| JACQUELINE DAS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180222N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION**[1] |

This matter came before the court on the agreement of the parties. Plaintiff filed her

Complaint on May 7, 2018, challenging Defendant's withholding tax assessments for the third

and fourth quarters of 2017 on the grounds that "I do not have employees to withhold taxes

from." (Compl at 1). In its Motion to Dismiss, filed May 14, 2018, Defendant requested that the

appeal be dismissed because "Plaintiff filed true [quarterly] returns citing zero payroll for both

tax periods on May 6, 2018. * * * Therefore, Defendant cancelled the previous assessments for

both tax periods * * * and any refund offsets used to pay down the previous assessments will be

refunded, if necessary." (Motion at 1).

The court scheduled a case management conference for May 30, 2018. Plaintiff failed to

appear, but Defendant's representative appeared and confirmed that the tax assessments for the

third and fourth quarters of 2017 have been cancelled. On May 30, 2018, the court issued a letter

to Plaintiff, instructing her to file a response with the court and state whether she (1) wished to

continue her appeal or (2) she accepted the relief granted by Defendant.

On June 18, 2018, Plaintiff filed her response, stating "I would like to accept the relief

---

[1] This Final Decision incorporates without change the court's Decision, entered June 22, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

that was given to me by the [Defendant], w[h]ich is cancelation of the third and fourth quarter taxes for 2017." Because the parties are in agreement, this case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that, based upon the agreement of the parties, Plaintiff's appeal is granted. Defendant will cancel its Notices of Assessment, dated January 26, 2018, and April 27, 2018, for the third and fourth quarters, respectively, of tax year 2017.

Dated this ＿＿ day of July 2018.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Boomer and entered on July 11, 2018.*